**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7296**

———————

ARTHUR R. CARTER,

                Petitioner – Appellant,

        v.

WARDEN, FCI Edgefield,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Timothy M. Cain, District Judge.
(1:12-cv-01257-TMC)

———————

Submitted:  December 11, 2012      Decided:  December 20, 2012

———————

Before WILKINSON, KING, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur R. Carter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur R. Carter, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Carter v. Warden, No. 1:12-cv-01257-TMC (D.S.C. July 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED